UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHIM R. D., <br><br>　　　　　Plaintiff, <br><br>　　vs. <br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br>　　　　　Defendant. | CASE NO. EDCV 20-236-AGR <br><br> JUDGMENT |

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed, and the matter is remanded for the payment of benefits.

DATED: February 26, 2021

　　　　　　　　　　　　　　　　　　　_/s/ Alicia G. Rosenberg_
　　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge